# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ROODY SIMON,

       Petitioner,

v.                                                  CASE NO.  4:05cv472-RH/WCS

ALBERTO GONZALES, et al.,

       Respondents.

_____/

## ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS

This matter is before the court on the magistrate judge's report and recommendation (document 10), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Petitioner Roody Simon's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241 is GRANTED. Petitioner shall be removed from the United States or released from custody by September 20, 2006. This order does not prohibit the imposition of conditions of release. The clerk shall enter judgment

Dockets.Justia.com

and close the file.

    SO ORDERED this 21st day of August, 2006.

                                       s/Robert L. Hinkle
                                       Chief United States District Judge